Gerald Grunsfeld, Esq.
Lazar Grunsfeld Elnadav LLP
1795 Coney Island Avenue
Brooklyn, NY 11230
(718) 947-7476
Gerry@LGELaw.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BRIAN BERKOWITZ,<br><br>Plaintiff,<br><br>*-against-*<br><br>ELI MECHLOVITZ & TILEBAR LLC<br><br>Defendants, | Case No.: 21-2670<br><br>COMPLAINT<br><br>**JURY TRIAL DEMANDED** |

Plaintiff, BRIAN BERKOWITZ, by his attorneys, Lazar Grunsfeld Elnadav LLP, for his complaint, alleges, upon information and belief, as follows:

**JURISIDICTION AND VENUE**

1. This action arises under the Copyright Act of 1976, Title 17 U.S.C., § 101 et seq.

2. This Court has federal question jurisdiction under 28 U.S.C. § 1331 and 1338 (a) and (b).

3. Venue in this judicial district is proper under 28 U.S.C. § 1391(c) and 1400(a) in that this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred.

**PARTIES**

4. Plaintiff BRIAN BERKOWITZ is a commercial photographer who resides in, and frequently conducts business in, the State of New York, Nassau County.

5. Upon information and belief, Defendant TILEBAR LLC is a Texas limited liability company, with its principal place of business located at 15 Hoover St., Inwood, NY 11096.

6. Upon information and belief, Defendant ELI MECHLOVITZ is a citizen of the State of New York, and a principal of TILEBAR, LLC, with a residence and/or place of business at 15 Hoover St., Inwood, NY 11096. Defendant ELI MECHLOVITZ oversaw and controlled TILEBAR LLC's alleged infringing activity as specified herein.

7. Prior to the conduct complained herein, Plaintiff captured an original photograph depicting a bathroom decor (hereinafter the "Subject Photograph"). The Subject Photograph was an original creation by the Plaintiff and is, and at all relevant times was, owned exclusively by Plaintiff.

8. Plaintiff published the Subject Photograph in January 2019.

9. Plaintiff obtained a United States Copyright Registration for the Subject Photograph on March 11, 2020. The United States Copyright Registration Number for the Subject Photograph is VA 0002199774, and the registered title of the Subject Photograph is: "BBPhoto2019_003.jpg"

10. Upon information and belief, Defendant TILEBAR LLC, is a home décor business specializing in the sale of various tiles.

11. Upon information and belief, Defendant ELI MECHLOVITZ TILEBAR LLC, is the owner of TILEBAR LLC.

12. Upon information and belief, Defendants own and operate a home décor website utilizing a URL of WWW. TILEBAR.COM (the "TILEBAR WEBSITE").

13. Upon information and belief, on March 18, 2020, Defendants knowingly, and without Plaintiff's license or permission, published the Subject Photograph in a prominent manner on the TILEBAR WEBSITE.

**FIRST CLAIM FOR RELIEF**

**(For Copyright Infringement)**

14. Plaintiff repeats, realleges, and incorporates herein by reference as though fully set forth, the allegations contained in the preceding paragraphs of this complaint.

15. Defendants had access to the Subject Photograph as it was published online.

16. Defendants infringed Plaintiff's copyright in the SUBJECT PHOTOGRAPH by uploading the subject photograph to the TILEBAR WEBSITE, without license or permission.

17. Due to Defendants' infringement, Plaintiff has suffered damages in an amount to be established at trial.

18. Due to Defendants' infringement, Plaintiff has suffered general and special damages in an amount to be established at trial.

19. Defendants' copyright infringement was willful, intentional and malicious, subjecting Defendants to liability for statutory damages under Section 504(c)(2) of the Copyright Act, in the sum of up to One Hundred Fifty Thousand Dollars ($150,000).

**PRAYER FOR RELIEF**

Wherefore, Plaintiff prays for judgement as follows:

20. Statutory damages under Section 504(c)(2) of the Copyright Act in the sum of One Hundred Fifty Thousand Dollars ($150,000);

21. Costs, expenses and attorneys' fees pursuant to 17 U.S.C. § 505.

Dated: Brooklyn, New York
May 11, 2021

LAZAR GRUNSFELD ELNADAV LLP

By:_________________________

Gerald Grunsfeld, Esq.
1795 Coney Island Avenue
Brooklyn, NY 11230
Gerry@lgelaw.com
(718) 947-7476
Attorney for Plaintiff