LAZAR GRUNSFELD ELNADAV LLP
ATTORNEYS AT LAW

GERRY GRUNSFELD, ESQ.
(718) 947-7476
Gerry@lgelaw.com

March 4, 2024

Via ECF

Hon. Lee G. Dunst
United States Magistrate Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re: Berkowitz v. Mechlowitz et al
Civil Action: 2:21-cv-02670-GRB-ST

Dear Judge Dunst:

I represent Plaintiffs in the above-referenced action.

Further to the Court's Order issued earlier today, Plaintiffs confirm they waive the confidentiality of the *ex parte* settlement statement that Plaintiffs submitted to Chambers on June 30, 2023, and confirm they wish for same to become part of the record, as part of the Court's consideration of Defendants' pending motion for attorneys' fees. I have forwarded a copy of Plaintiffs' June 30, 2023 e-mail to Chambers with the Settlement Statement attached, to defense counsel.

Sincerely;

s/ Gerry Grunsfeld

Lazar Grunsfeld Elnadav LLP