UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**CIVIL MINUTE ENTRY**

| | |
|---|---|
| **BEFORE:** | Lee G. Dunst<br>U.S. MAGISTRATE JUDGE<br>Deputy: Chelsea Tirado |
| **DATE:** | **June 7, 2024** |
| **TIME:** | **11:45AM** |
| **FORMAT:** | ☐ In Person ☒ Video Conference ☐ Telephone Conference |
| **DOCKET NUMBER(S):** | **21-CV-2670 (GRB)(LGD)** |
| **NAME OF CASE(S):** | Berkowitz v. Mechlowitz et al |
| **FOR PLAINTIFF(S):** | Gerald D. Grunsfeld |
| **FOR DEFENDANT(S):** | Richard S. Schurin, Steven Stern |
| **NEXT CONFERENCE(S):** | N/A |
| **FTR/COURT REPORTER:** | 11:52-12:16, via Zoom |

**RULINGS FROM STATUS HEARING:**

Case called. Counsel for all sides present.

For the reasons stated on the record, the motion for attorney's fees at DE [93] is DENIED WITH PREJUDICE. Any and all other relief sought by the parties is DENIED WITH PREJUDICE.

SO ORDERED

/s/ Lee G. Dunst
LEE G. DUNST
United States Magistrate Judge